THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TONY MCCOY,
    Petitioner

v.

UNITED STATES OF AMERICA,
    Respondent

CASE NO. 3:18-CR-283
(RELATED CASE NO. 3:22-CV-632)

(JUDGE MARIANI)

## ORDER

**AND NOW, THIS** \_\_\_1st\_\_\_ **DAY OF MAY, 2023,** for the reasons set forth in this Court's accompanying Memorandum Opinion, upon review of Tony McCoy's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 71) and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. McCoy's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 71) is **DENIED.**

2. A certificate of appealability **SHALL NOT ISSUE.**

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Court Judge